JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:23-cv-04091-MAA** | Date:  **April 18, 2024** |
| Title  **Hector Omar Sanchez v. Quest Diagnostics Incorporated et al.** | |

Present: The Honorable Maria A. Audero, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order Regarding Joint Stipulation to Continue Date for Motion for Class Certification and Related Dates (ECF No. 27)

Before the Court is the parties' Joint Stipulation to Continue Date for Motion for Class Certification and Related Dates ("Joint Stipulation"), advising that the parties are discussing mediation within the next six months and requesting an extension of all pre-certification deadlines by six months.  (J. Stip., ECF No. 44.)  The Joint Stipulation does not request an extension of the September 1, 2024 ADR deadline or the September 15, 2024 ADR status report deadline (ECF No. 38).  (*See generally* J. Stip.)

The Court hereby **ORDERS** as follows:

(1) To allow the parties a fulsome opportunity to mediate the case, the Court *sua sponte* **STAYS** the case.  This stay does not alter the **September 1, 2024** ADR deadline or the **September 15, 2024** ADR status report deadline.  All other deadlines are **VACATED**, and will be reset if the case does not settle.

(2) The Joint Stipulation is **DENIED** as moot.

(3) The Court **DIRECTS** the Clerk to administratively close the action (JS-6).  The sole effect of administrative closure is to remove the action from the Court's active docket for record-keeping purposes.  Administrative closure does not affect the merits of Plaintiff's claims and does not prejudice any party to this action.  The Court retains jurisdiction over this action.

It is so ordered.